JOHN G. PENDORF, Respondent, *v.* THE CITY OF ROME, Appellant.

*Pendorf* v. *City of Rome,* 138 App. Div. 913, affirmed.
(Argued December 7, 1911; decided December 22, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 10, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the defendant from continuing to empty its sewers into a creek bordering plaintiff's lands and for damages.

*M. J. Larkin* for appellant.

*Albert T. Wilkinson* for respondent.

Judgment affirmed, with costs, on authority of *Sammons* v. *City of Gloversville* (175 N. Y. 346); no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.